*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

November 18, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY**,
Appellant

v.

Benny **MARTINEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT. *See* TEX. R. APP. P. 49.5.

/s/ Patricia O. Alvarez
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.

/s/ Michael A. Cruz
MICHAEL A. CRUZ,
Clerk of Court

ENTERED THIS 18TH DAY OF NOVEMBER, 2020.

VOL___PAGE___